**98–212.   State ex rel. Simms v. Fuerst.**
In Mandamus.   On motion to dismiss.   Motion to dismiss sustained.   Cause dismissed.
  MOYER, C.J., DOUGLAS, RESNICK, F.E. SWEENEY, PFEIFER, COOK and LUNDBERG STRATTON, JJ., concur.

**98–228.   Fisher v. Ghee.**
In Mandamus.   On motion to dismiss.   Motion to dismiss sustained.   Cause dismissed.
  MOYER, C.J., DOUGLAS, RESNICK, F.E. SWEENEY, PFEIFER, COOK and LUNDBERG STRATTON, JJ., concur.

**98–233.   State ex rel. Miller v. Rosemarin.**
In Mandamus.   On motion to dismiss or motion for judgment on pleadings.   Motion to dismiss sustained.   Cause dismissed.
  MOYER, C.J., DOUGLAS, RESNICK, F.E. SWEENEY, PFEIFER, COOK and LUNDBERG STRATTON, JJ., concur.

**98–234.   State ex rel. Wynn v. Court of Appeals, Eighth Dist.**
In Mandamus.   On motion to dismiss.   Motion to dismiss sustained.   Cause dismissed.
  MOYER, C.J., DOUGLAS, RESNICK, F.E. SWEENEY, PFEIFER, COOK and LUNDBERG STRATTON, JJ., concur.

**98–294.   State ex rel. Harris v. Clark Cty. Court of Common Pleas.**
In Procedendo.   On motion to dismiss.   Motion to dismiss sustained.   Cause dismissed.
  MOYER, C.J., DOUGLAS, RESNICK, F.E. SWEENEY, PFEIFER, COOK and LUNDBERG STRATTON, JJ., concur.

**98–338.   State ex rel. Guilfoil v. Leonard.**
In Habeas Corpus.   *Sua sponte,* cause dismissed.
  MOYER, C.J., DOUGLAS, RESNICK, F.E. SWEENEY, PFEIFER, COOK and LUNDBERG STRATTON, JJ., concur.

**98–363.   State ex rel. Manley v. Eastern Area Court, Columbiana Cty.**
In Prohibition.   On motion to dismiss and motion for contempt.   Motion to dismiss sustained.   Cause dismissed.
  MOYER, C.J., DOUGLAS, RESNICK, F.E. SWEENEY, PFEIFER, COOK and LUNDBERG STRATTON, JJ., concur.

**98–368.   Howell v. Mohr.**
In Habeas Corpus.   *Sua sponte,* cause dismissed.
  MOYER, C.J., DOUGLAS, RESNICK, F.E. SWEENEY, PFEIFER, COOK and LUNDBERG STRATTON, JJ., concur.

**98–372.   Lytle v. Ohio Adult Parole Bd.**
In Habeas Corpus.   *Sua sponte,* cause dismissed.
  MOYER, C.J., DOUGLAS, RESNICK, F.E. SWEENEY, PFEIFER, COOK and LUNDBERG STRATTON, JJ., concur.

**98–393.   Poluka v. Anderson.**
In Habeas Corpus.   *Sua sponte,* cause dismissed.
  MOYER, C.J., DOUGLAS, RESNICK, F.E. SWEENEY, PFEIFER, COOK and LUNDBERG STRATTON, JJ., concur.